UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT CREAGH,<br><br>      Plaintiff,<br><br>      -v.-<br><br>BUREAU VERITAS NATIONAL ELEVATOR INSPECTION SERVICES, INC. *a/k/a* NATIONAL ELEVATOR INSPECTION SERVICE ACQUISITIONS, INC., and BUREAU VERITAS CERTIFICATION NORTH AMERICA, INC.,<br><br>      Defendants. | 22 Civ. 4004 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On September 21, 2022, the Court was informed that mediation was successful in this case and that the parties have reached a settlement. (Dkt. #16).  Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before October 31, 2022, for this Court's review in accordance with the FLSA and Second Circuit law.  *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015).  The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

  SO ORDERED.

Dated: September 22, 2022
     New York, New York

                            KATHERINE POLK FAILLA
                            United States District Judge